UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KHADIJA MORROW,

        Plaintiff,              Case No. 2:19-cv-12050

vs.

                                         Hon. Bernard A. Friedman

CREDIT ACCEPTANCE
CORPORATION,

        Defendant.

## **STIPULATED ORDER COMPELLING ARBITRATION**

By submission of this order for entry, the parties stipulate to its entry and the Court being fully advised in the premises hereby ORDERS that:

1. Plaintiff Khadija Morrow ("Plaintiff") filed a Complaint against Defendant Credit Acceptance Corporation ("Credit Acceptance") on July 10, 2019. [Dkt. #1.]

2. Plaintiff and Credit Acceptance have agreed to arbitration and the claims set forth in Plaintiff's Complaint shall be litigated through non-judicial arbitration. Credit Acceptance reserves the right to file counterclaims in arbitration, if applicable, and Plaintiff reserves the right to challenge the jurisdiction of said counterclaims in arbitration.

3. The arbitration shall be conducted through the American Arbitration Association.

4.  Plaintiff shall initiate arbitration and pay the initial filing fee and Credit Acceptance shall be responsible for payment of the arbitrator's fees.

5.  The parties will be responsible for their respective attorneys' fees and costs.

6.  All proceedings in the above-captioned action shall be, and hereby are, stayed pending arbitration.

7.  If Plaintiff fails to initiate binding arbitration as per the parties' agreement within sixty (60) days of the date hereof, then any and all claims asserted in the above-captioned action shall be automatically dismissed without prejudice. No further Order of this Court shall be necessary to effectuate the dismissal, which shall result from Plaintiff's failure to initiate binding arbitration as required herein.

SO ORDERED.

Dated: October 17, 2019
Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

SO STIPULATED:

| | |
|---|---|
| /s/ Amy Ginsburg | /s/Stephen W. King |
| Amy Ginsburg | Stephen W. King (P56456) |
| KIMMEL & SILVERMAN, P.C. | KING AND MURRAY PLLC |
| 30 East Butler Pike | 355 S. Old Woodward, Suite 100 |
| Ambler, PA 19002 | Birmingham, MI 48009 |
| (215) 540-8888 | (248) 792-2398 |
| aginsburg@creditlaw.com | sking@kingandmurray.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |