UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHADIJA MORROW,

    Plaintiff,                                        Civil Action No. 19-CV-12050

vs.                                                  HON. BERNARD A. FRIEDMAN

CREDIT ACCEPTANCE CORP.,

    Defendant.

_____/

## ORDER OF DISMISSAL

The parties having stipulated to arbitrate plaintiff's claims, the Court hereby dismisses the complaint in this matter. If the parties seek further relief upon the completion of arbitration, they may reopen the case by filing an appropriate motion.

SO ORDERED.

Dated: February 7, 2020
       Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE